1  **DAVIS WRIGHT TREMAINE LLP**
     865 S. FIGUEROA ST.
2         SUITE 2400
   LOS ANGELES, CALIFORNIA 90017-2566
3      TELEPHONE (213) 633-6800
          FAX (213) 633-6899
4
   JOHN R. TATE (State Bar No. 73836)
5     johntate@dwt.com
   KAREN A. HENRY (State Bar No. 229707)
6     karenhenry@dwt.com

7  Attorneys for Plaintiff
   NORTHWEST ADMINISTRATORS, INC.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 NORTHWEST ADMINISTRATORS,    ) Case No. **CV14-2755-SS**
   INC.,                        ) Hon. Suzanne H. Segal
12                              )
                  Plaintiff,    )
13                              ) **ORDER EXTENDING TIME TO**
        vs.                     ) **RESPOND TO COUNTERCLAIM**
14                              ) **AND SETTING BRIEFING**
   COMPLETE INFUSION CARE, CIC  ) **SCHEDULE**
15 INC.; and DOES 1 through 10, )
   inclusive,                   ) Counterclaim Served: May 7, 2014
16                              ) Current Response Date: June 11, 2014
                  Defendant.    ) New Response Date: June 26, 2014
17                              )
   _____)
18 COMPLETE INFUSION CARE, CIC  ) Disc. Cut-Off: None
   INC.,                        ) Motion Cut-Off: None
19                              ) Trial Date: None
                                )
20         Counter-Plaintiff,   )
                                )
21                              )
        vs.                     )
22                              )
                                )
23 NORTHWEST ADMINISTRATORS,    )
   INC.; and DOES 1 to 10, inclusive, )
24                              )
                                )
25         Counter-Defendants.  )
                                )
26 _____)

27

28

ORDER
DWT 24237476v1 0053055-000024

# ORDER

This Court, having considered the parties' Stipulation set forth above, determines that good cause has been shown, and hereby orders that Northwest's motion to dismiss shall be heard on **August 19, 2014**, and the briefing schedule on that motion shall be as follows:

- Northwest's motion shall be filed and served by June 26, 2014;
- CIC's opposition shall be filed and served by July 25, 2014; and
- Northwest's reply shall be filed and served by August 5, 2014.

**IT IS SO ORDERED.**


Dated: June 9, 2014                             By:_____/S/_____
                                                    Hon. Suzanne H. Segal
                                                    Magistrate Judge
                                                    United States District Court
                                                    Central District of California

1

ORDER
DWT 24237476v1 0053055-000024

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899