# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-2755-SS | Date | August 19, 2014 |
|---|---|---|---|
| Title | Northwest Administrators, Inc. v. Complete Infusion Care, CIC, Inc., et al. | | |

| Present: The Honorable | **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| Marlene Ramirez | CS 8/19/14 | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Karen A. Henry | Andrew H. Selesnick<br>Stacey L. Zill |

**Proceedings:**     **SCHEDULING ORDER**

Court and counsel present, scheduling conference held. Parties are to file their ADR-1 within 14 days of the date of this order.

| Matter | Date /Time | Weeks before Trial | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|---|---|
| Trial date (Jury)<br>Length of trial (5-7) | 9:00 a.m.<br>*(Tuesday)* | | | | 10/06/15 |
| Pretrial Conference, LR 16 | 10:00 a.m.<br>*(Tuesday)* | 4 | | | 9/08/15 |
| Hearing on Motions in Limine | 10:00 a.m.<br>*(Tuesday)* | 2 | | | 9/22/15 |
| <u>Court Trial</u><br>Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | | 3 | | | N/A |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-2755-SS | Date | August 19, 2014 |
|---|---|---|---|
| Title | Northwest Administrators, Inc. v. Complete Infusion Care, CIC, Inc., et al. | | |

| | | | | | |
|---|---|---|---|---|---|
| <u>Jury Trial</u><br>Lodge Final Pretrial Conference Order, LR 16-7; File Proposed and Disputed Jury Instructions and Verdict Forms | | (See LR 16-7.1) | | | 8/26/15 |
| <u>Jury Trial</u><br>File Memo of Contentions of Fact and Law, LR 16-4; Exhibit and Witness Lists, LR 16-5, 16-6; File Status Report Regarding Settlement | | 7 | | | 8/18/15 |
| Trial Brief, LR 16-10 | | 1 | | | 9/29/15 |
| Last date to conduct Settlement Conference, LR 16-15 | | 10 | | | 7/28/15 |
| Last date for hearing dispositive motions, LR 7 | 10:00 a.m. *(Tuesday)* | 12 | | | 7/14/15 |
| Non-Expert Discovery cut-off | | | | | 6/16/15 |
| Expert Disclosure (Initial) | | | | | 6/30/15 |
| Expert Disclosure (Rebuttal) | | | | | 7/14/15 |
| Expert Discovery cut-off | | | | | 8/04/15 |
| Last day to amend pleadings | | | | | 11/02/14 |

:10

Initials of Preparer        mr