**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

JOHN R. TATE (State Bar No. 73836)
 johntate@dwt.com
KAREN A. HENRY (State Bar No. 229707)
 karenhenry@dwt.com

**NOTE CHANGES MADE BY COURT**

Attorneys for Plaintiff and Counter-Defendant
NORTHWEST ADMINISTRATORS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COMPLETE INFUSION CARE, CIC, INC.; and DOES 1 through 10, inclusive, <br><br> Defendant. <br><br>_____<br><br> COMPLETE INFUSION CARE, CIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> NORTHWEST ADMINISTRATORS, INC.; and DOES 1 to 10, inclusive, <br><br> Counter-Defendants. | Case No. **CV14-2755** <br> Assigned to the Hon. Suzanne H. Segal <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION AND PROTECTIVE ORDER** <br><br> ***DISCOVERY DOCUMENT*** <br><br> [Stipulation And Protective Order Filed Concurrently] <br><br> Complaint Filed: April 10, 2014 <br> Counterclaim Filed: May 7, 2014 |

1  Having considered the concurrently-filed Stipulation And Protective Order of
2  the parties, and good cause appearing therefor, the Court hereby ORDERS the entry
3  of the Stipulation And Protective Order on the terms and conditions provided for
4  therein, as revised.

5  IT IS SO ORDERED.

7  DATE: September 4, 2014     _____
                                Hon. Suzanne H. Segal
                                United States Magistrate Judge

1
[PROPOSED] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER
DWT 24741478v1 0053055-000024

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899