1  ANDREW SELESNICK (CSBN 160516)
   *aselesnick@mrllp.com*
2  STACEY L. ZILL (CSBN 177268)
   *szill@mrllp.com*
3  **MICHELMAN & ROBINSON, LLP**
4  15760 Ventura Boulevard, Fifth Floor
   Encino, California 91436
5  Telephone: (818) 783-5530
   Facsimile: (818) 783-5507
6
7  Attorneys for Defendant and Counter-Plaintiff
   COMPLETE INFUSION CARE, CIC INC.
8
9  **UNITED STATES DISTRICT COURT**
10 **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COMPLETE INFUSION CARE, CIC INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br>―――――――――――――――― <br> COMPLETE INFUSION CARE, CIC INC., <br><br> Counter-Plaintiff, <br><br> vs. <br><br> NORTHWEST ADMINISTRATORS, INC.; and ROES 1 TO 10, inclusive, <br><br> Counter-Defendants. | CASE NO: CV14-2755 SS <br><br> Hon. Suzanne H. Segal <br><br> **STIPULATION TO CONTINUE TRIAL AND CORRESPONDING PRETRIAL DEADLINES** <br><br> **Current Dates** <br> Non-Expert Disc. Cut-Off: June 16, 2015 <br> Motion Cut-Off: July 14, 2015 <br> Trial Date: October 6, 2015 |

1  This Stipulation is entered into by and between Plaintiff and Counter-Defendant NORTHWEST ADMINISTRATORS, INC. ("Northwest") and Defendant and Counter-Plaintiff COMPLETE INFUSION CARE, CIC INC. ("CIC"), through their respective undersigned counsel, based upon the following facts:

WHEREAS, Northwest filed its Complaint on April 11, 2014;

WHEREAS, CIC filed it's Counterclaims on May 7, 2014, and filed its First Amended Counterclaims on September 2, 2014;

WHEREAS, on August 19, 2014 the Court held a Scheduling Conference wherein trial was set for October 6, 2015;

WHEREAS, the parties have engaged in preliminary discovery;

WHEREAS, the parties desire to participate in a formal mediation and, in connection with that effort, agree that a stay of proceedings and short trial continuance would allow them to fully explore settlement without incurring unnecessary litigation expenses;

WHEREAS, the parties believe that the settlement process will be hindered if they are forced to litigate the case in preparation for an October 2015 trial date while, at the same time, devoting time and resources to mediation;

WHEREAS, the parties believe that a stay of the proceedings and a short continuance of the trial date (and corresponding pre-trial deadlines) will promote settlement;

/ / /

/ / /

/ / /

1

STIPULATION TO CONTINUE TRIAL

384958

1     **NOW THEREFORE**, Northwest and CIC agree, through their respective
2 attorneys, and **STIPULATE AS FOLLOWS**:  That the proceedings be stayed
3 until the completion of mediation, and that the trial date and corresponding pre-
4 trial deadlines be continued as set forth in Exhibit A, attached hereto.  The parties
5 agree to participate in a teleconference with the Court to resolve any scheduling or
6 logistical issues and/or to answer any questions the Court may have concerning
7 this Stipulation.

9 Dated: February 19, 2015      **DAVIS WRIGHT TREMAINE LLP**

11      By: _____/S/_____
12      JOHN R. TATE
     KAREN A. HENRY
13      Attorneys for Plaintiff and Counter-
14      Defendant NORTHWEST
     ADMINISTRATORS, INC.

16 Dated: February 19, 2015      **MICHELMAN & ROBINSON, LLP**

18      By: _____/S/_____
19      ANDREW SELESNICK
     STACEY L. ZILL
20      Attorneys for Defendant and Counter-
21      Plaintiff COMPLETE INFUSION
     CARE, CIC INC.

# Exhibit "A"

SCHEDULE OF PRETRIAL AND TRIAL DATES

Case Name: Northwest Administrators, Inc. v. Complete Infusion Care CIC, Inc., et al.

| Matter | Date/Time | Weeks before Trial | Parties' Request | Court's Order |
|---|---|---|---|---|
| Trial date (Jury) Length of trial (5-7) | 9:00 a.m. *(Tuesday)* | | 1/26/16 | |
| Pretrial Conference, LR 16 | 10:00 a.m. *(Tuesday)* | 4 | 12/29/15 | |
| Hearing on Motions in Limine | 10:00 a.m. *(Tuesday)* | 2 | 1/12/16 | |
| <u>Court Trial</u> Lodge Findings of Fact and Conclusions of Law, LR 52 and Summaries of Direct Testimony | | 3 | N/A | |
| <u>Jury Trial</u> Lodge Final Pretrial Conference Order, LR 16-7; File Proposed and Disputed Jury Instructions and Verdict Forms | | (See LR 16-7.1) 11 days before pre-trial conf. | 12/18/15 | |

3

STIPULATION TO CONTINUE TRIAL

384958

| | Event | Time | Weeks | Date | |
|---|---|---|---|---|---|
| 1-6 | Jury Trial<br>File Memo of Contentions of Fact and Law, LR 16-4; Exhibit and Witness Lists, LR 16-5, 16-6; File Status Report Regarding Settlement | | 7 | 12/8/15 | |
| 7 | Trial Brief, LR 16-10 | | 1 | 1/19/16 | |
| 8-10 | Last date to conduct Settlement Conference, LR 16-15 | | 10 | 11/17/15 | |
| 11-13 | Last date for hearing dispositive motions, LR7 | 10:00 a.m. *(Tuesday)* | 12 | 11/3/15 | |
| 14-15 | Non-Expert Discovery cut-off | | 16 | 10/6/15 | |
| 16-17 | Expert Disclosure (Initial) | | 14 | 10/20/15 | |
| 18-19 | Expert Disclosure (Rebuttal) | | 12 | 11/3/15 | |
| 20-21 | Expert Discovery cut-off | | 9 | 11/24/15 | |
| 22-24 | Deadline to move to amend pleadings | | | 5/29/15** | |

25  ** As to the deadline to move to amend pleadings, CIC proposes no change to the
26  November 2, 2014 deadline as set forth in the Court's August 19, 2014 Order
27  because the date has already passed and Northwest did not raise any amendment
28  issues before that deadline passed; Northwest proposes that a deadline to move to

4

1 amend the pleadings be set for May 29, 2015 because, as explained in its Local
2 Rule 7-3 letter to CIC dated January 29, 2015 and the February 9, 2015
3 teleconference between counsel for the parties, Northwest posits that information
4 uncovered during discovery and after the initial date for amendment elapsed
5 establishes good cause to amend the Complaint to allege additional claims against
6 CIC.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28