ANDREW SELESNICK  (CSBN 160516)
*aselesnick@mrllp.com*
STACEY L. ZILL          (CSBN 177268)
*szill@mrllp.com*
**MICHELMAN & ROBINSON, LLP**
15760 Ventura Boulevard, Fifth Floor
Encino, California 91436
Telephone:  (818) 783-5530
Facsimile:   (818) 783-5507

Attorneys for Defendant and Counter-Plaintiff
COMPLETE INFUSION CARE, CIC INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>COMPLETE INFUSION CARE, CIC INC.; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br><br>―――――――――――――――<br>COMPLETE INFUSION CARE, CIC INC.,<br><br>            Counter-Plaintiff,<br><br>    vs.<br><br>NORTHWEST ADMINISTRATORS, INC.; and ROES 1 TO 10, inclusive,<br><br>            Counter-Defendants. | CASE NO: CV14-2755 SS<br><br>Hon. Suzanne H. Segal<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND CORRESPONDING PRETRIAL DEADLINES**<br><br>**Current Dates**<br>Non-Expert Disc. Cut-Off: June 16, 2015<br>Motion Cut-Off:             July 14, 2015<br>Trial Date:                       October 6, 2015 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered the parties' Stipulation To Continue Trial And Corresponding Pretrial Deadlines submitted concurrently therewith, and good cause appearing therefor, hereby issues the following order:

1. The proceedings are stayed until the completion of mediation, but no later than April 30, 2015; and

2. The trial date and corresponding pre-trial deadlines are continued as follows:

| Matter | Date/Time | Weeks before Trial | Court's Date |
|---|---|---|---|
| Trial date (Jury) Length of trial (5-7) | 9:00 a.m. *(Tuesday)* | | 1/26/16 |
| Pretrial Conference, LR 16 | 10:00 a.m. *(Tuesday)* | 4 | 12/29/15 |
| Hearing on Motions in Limine | 10:00 a.m. *(Tuesday)* | 2 | 1/12/16 |
| <u>Court Trial</u> Lodge Findings of Fact and Conclusions of Law, LR 52 and Summaries of Direct Testimony | | 3 | N/A |
| <u>Jury Trial</u> Lodge Final Pretrial Conference Order, LR 16-7; File Proposed and Disputed Jury Instructions and Verdict Forms | | (See LR 16-7.1) 11 days before pre-trial conf. | 12/18/15 |

| | | | |
|---|---|---|---|
| <u>Jury Trial</u><br>File Memo of Contentions of Fact and Law, LR 16-4; Exhibit and Witness Lists, LR 16-5, 16-6; File Status Report Regarding Settlement | | 7 | 12/8/15 |
| Trial Brief, LR 16-10 | | 1 | 1/19/16 |
| Last date to conduct Settlement Conference, LR 16-15 | | 10 | 11/17/15 |
| Last date for hearing dispositive motions, LR7 | 10:00 a.m. *(Tuesday)* | 12 | 11/3/15 |
| Non-Expert Discovery cut-off | | 16 | 10/6/15 |
| Expert Disclosure (Initial) | | 14 | 10/20/15 |
| Expert Disclosure (Rebuttal) | | 12 | 11/3/15 |
| Expert Discovery cut-off | | 9 | 11/24/15 |
| Deadline to move to amend pleadings | | | 5/29/15 |

The Court, at the parties' request, stays the proceedings until the mediation is complete but no later than April 30, 2015.  If the matter settles, parties shall promptly inform Judge Segal's courtroom deputy.

**IT IS ORDERED:**
Dated: February 25, 2015                 _____/S/_____
                                                            Hon. Suzanne H. Segal
                                                            United States Magistrate Judge