| | |
|---|---|
| 1 | **DAVIS WRIGHT TREMAINE LLP**<br>865 S. FIGUEROA ST.<br>SUITE 2400<br>LOS ANGELES, CALIFORNIA 90017-2566<br>TELEPHONE (213) 633-6800<br>FAX (213) 633-6899 |
| 2 | |
| 3 | |
| 4 | JOHN R. TATE (State Bar No. 73836)<br>johntate@dwt.com<br>KAREN A. HENRY (State Bar No. 229707)<br>karenhenry@dwt.com |
| 5 | |
| 6 | |
| 7 | Attorneys for Plaintiff<br>NORTHWEST ADMINISTRATORS, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | NORTHWEST ADMINISTRATORS, INC., | ) Case No. **CV14-2755**<br>) Hon. Suzanne H. Segal<br>)<br>) [~~PROPOSED~~] **ORDER GRANTING**<br>) **STIPULATION REGARDING**<br>) **AMENDMENTS**<br>)<br>) Stipulation Regarding Amendments Filed<br>) Concurrently]<br>)<br>) Non-Expert Disc. Cut-Off: Oct. 6, 2015<br>) Motion Cut-Off: Nov. 3, 2015<br>) Jury Trial: Jan. 26, 2016<br>)<br>)<br>) **NOTE CHANGES MADE BY THE COURT**<br>)<br>)<br>)<br>)<br>)<br>) |
| 12 | Plaintiff, | |
| 13 | vs. | |
| 14 | COMPLETE INFUSION CARE, CIC INC.; and DOES 1 through 10, inclusive, | |
| 15 | | |
| 16 | Defendant. | |
| 17 | COMPLETE INFUSION CARE, CIC INC., | |
| 18 | | |
| 19 | Counter-Plaintiff, | |
| 20 | vs. | |
| 21 | NORTHWEST ADMINISTRATORS, INC.; and DOES 1 to 10, inclusive, | |
| 22 | | |
| 23 | Counter-Defendants. | |

[PROPOSED] ORDER
DWT 26913882v1 0053055-000024

## [PROPOSED] ORDER

This Court, having considered the parties' Stipulation Regarding Amendments set forth above, determines that good cause has been shown, and hereby orders as follows: *No further extensions. SHS*

- Northwest's First Amended Complaint attached to this Stipulation as Exhibit 1 is deemed filed forthwith and without the need for a motion;
- CIC shall have until **June 26, 2015** to file a motion for leave to further amend its First Amended Counterclaim; and
- If CIC determines that it is advisable to file a Second Amended Counterclaim, the parties shall meet and confer as prescribed by Local Rule 7-3 (*i.e.*, 7 days before the filing of the motion), and Northwest shall consider CIC's proposed Second Amended Counterclaim in good faith and stipulate to the filing of the Second Amended Counterclaim, unless Northwest determines that there is a legal basis to oppose the amendment.

**IT IS SO ORDERED.**

Dated: 5/29/15     By: /s/ SHS
                      Hon. Suzanne H. Segal
                      Magistrate Judge
                      United States District Court
                      Central District of California

1

[PROPOSED] ORDER
DWT 26913882v1 0053055-000024

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899